

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF

August 18, 2022

United States Magistrate Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13-D
Brooklyn, New York 11201

   **Re:** ***Nelson v. Ray Stephens Gas Inc. and Orit Diagnostic Center, Inc.*,**
      **Case No.: 1:22-cv-02648-KAM-RER**

Dear Magistrate Judge Reyes:

  This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. We are pleased to inform the Court that the above-referenced action has been settled in principle and that the parties are in the process of drafting and exchanging a settlement agreement that will be reviewed by the parties and their counsel for execution. Respectfully, we are requesting together with counsel for the defendants a stay of all deadlines and conferences for thirty (30) days so that the parties can finalize the settlement agreement and discontinue this action.

  We thank the Honorable Court for your time and consideration in this matter.

               Respectfully submitted,

               BASHIAN & PAPANTONIOU, P.C.

               /s/ Erik M. Bashian

               _____
               Erik M. Bashian, Esq.

cc: Jason J. Rebhun, Esq. *(via email)*
   Pantelis Skulikidis, Esq. *(via email)*