UNITED STATES DISTRICT COURT
EASTERNDISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NELSON,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAY STEPHENS GAS INC. and ORIT DIAGNOSTIC CENTER, INC.,<br><br>　　　　　　　Defendants. | Case No.1:22-cv-2648-KAM-RER<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KAREEM NELSON ("Plaintiff") and Defendants RAY STEPHENS GAS INC. and ORIT DIAGNOSTIC CENTER INC.("Defendants"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
　　　　October 13, 2022

**[INTENTIONALLY LEFT BLANK]**
**[SIGNATURE PAGE TO FOLLOW]**

| | |
|---|---|
| BASHIAN & PAPANTONIOU, P.C. | JASON J. REBHUN, P.C. |
| By: <u>/s/ Erik M. Bashian, Esq.</u><br>Erik M. Bashian, Esq.<br>*Attorneys for Plaintiff*<br>500 Old Country Road, Suite 302<br><br>Garden City, NY 11530<br>Email: eb@bashpaplaw.com | By: /s/ Jason J. Rebhun, Esq.<br>Jason J. Rebhun, Esq.<br>*Attorneys for Defendants*<br>*Ray Stephens Gas Inc. and Orit Diagnostic*<br>*Center Inc.*<br>40 Wall Street, 45th Floor<br>New York, NY 10005<br>Email: jason@jasonrebhun.com |

DMOCH & SKULIKIDIS, PLLC

By:
<u>/s/ Pantelis Skulikidis, Esq.</u>
Peter Skulikidis, Esq.
Attorneys for Defendant Ray Stephens Gas Inc.
171-22 Northern Boulevard
Flushing, NY 11358
Email: peterlaw171@gmail.com

**SO ORDERED:**

<u>*Kiyo A. Matsumoto*</u>
HON. KIYO MATSUMOTO